Commonwealth *v.* Thornton, Appellant.

Submitted March 15, 1971. *Joseph R. Danella,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.